

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2014

No. 04-13-00893-CV

**UVALDE COUNTY HOSPITAL AUTHORITY**,
Appellant

v.

Estela R. **GARCIA**, Individually, on behalf of all Wrongful Death Beneficiaries, and on behalf of The Estate of Juan Garcia, Deceased,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-09-29540-CV
Honorable Camile G. Dubose, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file a brief in this accelerated appeal is **granted in part**. We order the brief due **March 24, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court